*CLAPP *against* REYNOLDS and another.    [*409]

Where the plaintiff recovers 250 dollars of debt, and damages for the detention, on a single bill, he is entitled to the full costs of this court.

THE plaintiff recovered 250 dollars debt, on a single bill, and also damages, for the detention, including interest as costs. The question was whether he was entitled to full costs.

*Per Curiam.* The plaintiff is entitled to full costs. The act deprives him of full costs, when he recovers a sum not exceeding 100 pounds, exclusive of costs. The recovery here exceeds that sum; and in form as well as reality, the judgment applies to the damages as well as to the debt.

Judgment accordingly.(*a*)